UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| EMILY ELIZABETH GIBSON and JARROD ALAN JAMES GIBSON, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:26-cv-01153-SRC |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES et al., | ) | |
| Defendants. | ) | |

**Show Cause Order**

The Gibsons filed a petition for a writ of mandamus against United States Citizenship and Immigration Services (USCIS), its director, and the Director of the National Benefits Center of the USCIS. Doc. 1 at 1 (The Court cites to page numbers as assigned by CM/ECF.). The Gibsons assert that USCIS has unreasonably and unjustifiably delayed the processing of Jarrod Alan James Gibson's I-130 Petition for Alien Relative and I-485 Application to Register Permanent Residence or Adjust Status. *Id.*

The Court recently addressed the same issue in *Mokone v. United States Citizenship & Immigration Services*, No. 4:25-cv-00566-SRC, 2026 WL 850521 (E.D. Mo. Mar. 27, 2026). In that case, the Court held that 8 U.S.C. § 1252(a)(2)(B)(ii) stripped the Court of jurisdiction to review the delayed adjudication of Mokone's I-485 application. *See Mokone*, 2026 WL 850521, at *2–5. The Court reasoned that determining when to adjudicate an I-485 application is a discretionary decision of the Attorney General or Secretary of Homeland Security. *Id.*; *see* 8 U.S.C. § 1252(a)(2)(B)(ii).

Accordingly, the Court orders the Gibsons to show cause, no later than August 10, 2026, why the Court should not dismiss this action in light of the Court's recent decision in *Mokone*. *See United States ex rel. Kraemer v. United Dairies, L.L.P.*, 82 F.4th 595, 606 (8th Cir. 2023) (noting that lack of subject-matter jurisdiction may be raised "by a court on its own initiative, at any stage in the litigation" (citation omitted)); Fed. R. Civ. P. 12(h)(3) (stating that a court must dismiss an action if it "determines at any time that it lacks subject-matter jurisdiction"). If the Gibsons fail to respond by August 10, 2026, the Court may dismiss this case without prejudice and without further notice.

So ordered this 27th day of July 2026.

STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE